# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 13-1013**                                      **September Term, 2012**

**Filed On:** August 2, 2013

In re: Legacy Communications, LLC, et al.,

      Petitioners

**BEFORE:**    Henderson, Brown, and Srinivasan, Circuit Judges

### O R D E R

Upon consideration of the petition for writ of mandamus, the first and second supplements thereto, the response, and the reply, it is

**ORDERED** that the petition for writ of mandamus be denied. The right to issuance of the writ must be "clear and indisputable" and petitioners must have "no adequate alternative means to obtain the relief they seek." Doe v. Exxon Mobil Corp., 473 F.3d 345, 353 (D.C. Cir. 2007). Mandamus may not be used as a substitute for appeal even if hardship may result from delay. See Schlagenhauf v. Holder, 379 U.S. 104, 110 (1964).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**